1
2
3
4
5
6
7
8
9
10
11
12
13
14

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| Securities and Exchange Commission, | Case No. 2:23-cv-00288-APG-DJA |
|---|---|
| Plaintiff, | **Order** |
| v. | |
| Markman Biologics Corp. and Alan Shinderman, | |
| Defendants, | |
| and | |
| Aspen Asset Management Services, LLC | |
| Relief Defendant. | |

15   The law firms of Lucosky Brookman LLP and Marquis Aurbach move to withdraw as

16  counsel of record for Defendant Markman Biologics Corp. but will remain as counsel for

17  Defendant Alan Shinderman and Aspen Management Services, LLC.  (ECF No. 26).  The Court

18  finds that counsel has met the requirements of Local Rule IA 11-6(b).  Additionally, no party has

19  opposed the motion, constituting their consent to the Court granting it under Local Rule 7-2(d).

20  Because it is a corporation, Markman Biologics Corp. must retain counsel to proceed in this

21  action.  *See Reading Intern., Inc. v. Malulani Group, Ltd.*, 814 F.3d 1046, 1053 (9th Cir. 2016)

22  (explaining that corporations must be represented by counsel).

23

24   **IT IS THEREFORE ORDERED** that the motion to withdraw (ECF No. 26) is **granted.**

25   **IT IS FURTHER ORDERED** that Markman Biologics Corp. must file a status report

26  regarding its retention of counsel on or before **October 30, 2023.**

27

28  *///*

1       **IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to place

2   Markman Biologics Corp.'s last known addresses on the docket:

3

4                   **Markman Biologics Corp.**
                       Attn: Spencer Flores

5                       13155 Noel Road
                         Suite 900

6                       Dallas, TX 75240

7               Email: spencerflor21@gmail.com

8

9       **IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to mail this order

10  to Markman Biologics Corp. at the address listed above.

11

12      DATED: September 29, 2023

13                         _____

14                         DANIEL J. ALBREGTS
                         UNITED STATES MAGISTRATE JUDGE