**MARQUIS AURBACH**
Chad F. Clement
Nevada Bar No. 12192
Alexander K. Calaway, Esq.
Nevada Bar No. 15188
Harry L. Arnold, Esq.
Nevada Bar No. 15866
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
cclement@maclaw.com
acalaway@maclaw.com
harnold@maclaw.com

**LUCOSKY BROOKMAN LLP**
Samuel Louis Blatnick (admitted *pro hac vice*)
David Rosenfield (admitted *pro hac vice*)
111 Broadway, Suite 807
New York, NY 10006
(732) 712-2708
Sblatnick@lucbro.com
drosenfield@lucbro.com
   *Attorneys for Defendants Alan Shinderman and
   Aspen Asset Management Services, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br>vs.<br><br>MARKMAN BIOLOGICS CORP. and ALAN SHINDERMAN,<br><br>       Defendant,<br><br>   and<br><br>ASPEN ASSET MANAGEMENT SERVICES, LLC<br><br>       Relief Defendant | Case No. 2:23-cv-00288-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION TO COMPEL**<br>**(ECF NO. 44)** |

# STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION TO COMPEL (ECF NO. 44)

Defendant Alan Shinderman ("Mr. Shinderman") and Relief Defendant Aspen Asset Management Services, LLC (the "Relief Defendant" and, collectively with Mr. Shinderman, the "Defendants"), by and through their undersigned counsel of record, and Plaintiff, Securities and Exchange Commission ("Plaintiff"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1. On May 17, 2024, Plaintiff filed a Motion to Compel Defendants Alan Shinderman and Aspen Asset Management Services LLC to Respond to Discovery Requests (ECF No. 44) ("Motion").

2. Defendants' deadline to file a response to the Motion is currently May 31, 2024.

3. The Parties have agreed to extend the deadline for Defendants to file a response to Plaintiff's Motion from May 31, 2024, to June 7, 2024, in order to accommodate issues and conflicts arising from (1) Defendants' counsel recently being sick, and (2) Defendants' counsels being out of town for pre-planned commitments.

STIPULATED AND AGREED TO:

Dated this 23rd day of May, 2024
**MARQUIS AURBACH**

By: /s/ Harry L. Arnold
   Chad F. Clement, Esq.
   Nevada Bar No. 12192
   Alexander K. Calaway, Esq.
   Nevada Bar No. 15188
   Harry L. Arnold, Esq.
   Nevada Bar No. 15886
   10001 Park Run Drive,
   Las Vegas, NV 89145
   *Attys for Shinderman & Aspen*

By: /s/ Edward J. Reilly
   Derek Bentsen, Esq.
   Edward J. Reilly. Esq.
   Ada Fernandez Johnson, Esq.
   Katherine H. Stella, Esq.
   100 F Street, NE
   Washing DC 20549
   *Attorneys for Plaintiff Securities and Exchange Commission*

**IT IS SO ORDERED.**

DATED: 5/24/2024

_____
United States District Court Magistrate Judge

Page 2 of 2

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816