Ross C. Goodman, Esq.
Nevada Bar No. 7722
GOODMAN LAW GROUP, P.C.
520 S. Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 383-5088
Facsimile: (702) 385-5088
Email: ross@goodmanlawgroup.com
*Attorneys or Alan Shinderman*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MARKMAN BIOLOGICS CORP. and ALAN SHINDERMAN,<br><br>Defendant,<br><br>and<br><br>ASPEN ASSET MANAGEMENT SERVICES, LLC<br><br>Relief Defendant | Case No.: 2:23-cv-00288-APG-DJA<br><br>**STIPULATED MOTION TO EXTEND TIME FOR DEFENDANT SHINDERMAN TO RESPOND TO THE SEC'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

Defendant Alan Shinderman ("Mr. Shinderman"), through undersigned counsel of record, and Plaintiff Securities and Exchange Commission ("Plaintiff"), through their undersigned counsel of record, hereby stipulate and agree as follows:

1. On May 15, 2025, Plaintiff filed its Motion for Summary Judgment (ECF No. 99) including 48 exhibits. The deadline for Mr. Shinderman to file a response to the motion for summary judgment pursuant to LR 7-2(b) is 21 days after service of the motion making it due by June 5, 2025.

2. This deadline overlaps with trial preparation by Mr. Shinderman's counsel for a trial

scheduled to begin on a June 2025 stack and needs additional time to review and prepare a response to the SEC's motion for summary judgment.

3. On May 19, 2025, the parties met for a conference and agreed to a 14-day extension for Mr. Shinderman to file his response to the SEC's motion for summary judgment making the new deadline due on June 19, 2025.

4. This motion is Mr. Shinderman's first request for an extension of time to respond to the SEC's motion for summary judgment and is being submitted in good faith.

STIPULATED AND AGREED TO:
Dated this 22nd day of May, 2025

By:/s/ Ross C. Goodman
    Ross C. Goodman. Esq.
    Goodman Law Group
    520 S. 4th Street, 200
    Las Vegas, NV 89101
    *Attorney for Defendant Alan Shinderman*

By: /s/Edward J. Reilly
    Edward J. Reilly Esq.
    Derek Bentsen, Esq.
    Ada Fernandez Johnson, Esq.
    Katherine H. Stella, Esq.
    100 F Street, NE
    Washing DC 20549
    *Attorneys for Plaintiff Securities and Exchange Commission*

IT IS SO ORDERED:

Dated: May 27, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE