Attorneys for Plaintiff
Securities and Exchange Commission
Edward J. Reilly, Trial Attorney (admitted *pro hac vice*)
Ada Fernandez Johnson, Senior Counsel (admitted *pro hac vice*)
Katherine H. Stella, Senior Counsel (admitted *pro hac vice*)
100 F Street NE
Washington DC 20549
Telephone: (202) 551-6791 (Reilly)
Facsimile: (202) 551-9287

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> MARKMAN BIOLOGICS CORP. and ALAN SHINDERMAN, <br><br> Defendants, <br><br> *and* <br><br> ASPEN ASSET MANAGEMENT SERVICES, LLC <br><br> Relief Defendant. | Case No. 2:23-cv-288-APG-DJA <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND PRETRIAL ORDER DEADLINE (FIRST REQUEST)** |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND PRETRIAL ORDER DEADLINE (FIRST REQUEST)**

Plaintiff Securities and Exchange Commission (the "SEC") and Defendant Alan Shinderman (collectively, the "Parties") hereby stipulate and agree to extend the pretrial order deadline by sixty (60) days to March 22, 2026. This is the Parties' first request to extend the pretrial order deadline. This Stipulation is being entered in good faith and not for purposes of delay.

On September 2, 2025, the Court granted the motion of Ross Goodman, Mr. Shinderman's former counsel, to withdraw from this matter. ECF No. 111. On December 19, 2025, the Court issued

1

an order granting in part and denying in part the SEC's motion for summary judgment. ECF No. 113 (entered on December 22, 2025). Per Local Rule 26-1(b)(5), the Parties are required to submit their joint pretrial order on January 21, 2026.

Following the Court's ruling on the SEC's motion for summary judgment, the Parties promptly began discussing the pretrial order. Mr. Shinderman also promptly began seeking new counsel in this matter. The Parties have agreed that an additional sixty (60) day extension of the pretrial order deadline will afford Mr. Shinderman adequate time to find and retain new counsel and allow such counsel to familiarize themselves with the matter. Alternatively, the extension will provide time for Mr. Shinderman and the SEC to prepare the pretrial order if he proceeds *pro se*. Moreover, the additional time will allow both parties to consider how to adjust their planned case presentation in light of the Court's summary judgment ruling, to ensure that they use the Court and jury's time in a sensible and efficient manner. The proposed sixty (60) day extension will set the new deadline for the pretrial order as March 22, 2026.

**Stipulated and Agreed To**
Dated January 13, 2026

By:/s/ *Alan Shinderman*
Alan Shinderman
3101 Gaylord Pkwy 1101
Frisco, TX 75034

By:/s/ *Edward J. Reilly*
Edward J. Reilly. Esq.
Ada Fernandez Johnson, Esq.
Katherine H. Stella, Esq.
100 F Street, NE Washing DC 20549
*Attorneys for Plaintiff Securities and Exchange Commission*

IT IS SO ORDERED.

_____
United States District Court Magistrate Judge
DATED: 1/14/2026

2

**PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action. My business address is:

> U.S. SECURITIES AND EXCHANGE COMMISSION,
> 100 F Street, NE, Washington, DC 20549
> Telephone No. (202) 551-6426; Facsimile No. (202) 772-9282.

On January 13, 2026, I caused to be served the document entitled **STIPULATION AND [PROPOSED] ORDER TO EXTEND PRETRIAL ORDER DEADLINE (FIRST REQUEST)** on all the parties to this action addressed as stated on the following service list:

> Alan Shinderman
> ALAN@ASPEN-ASSET.COM

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☒ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: January 13, 2026                    */s/ Edward Reilly*
                                          Edward Reilly