**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br>     Plaintiff <br><br> v. <br><br> MARKMAN BIOLOGICS CORP., et al., <br><br>     Defendants | Case No.: 2:23-cv-00288-APG-DJA <br><br> **Order Rejecting Proposed Joint Pretrial Order** <br><br> [ECF No. 125] |

The parties' proposed joint pretrial order violates this court's Local Rules 16-3(b)(8). Because the defendants did not timely provide the plaintiff their exhibit list, the plaintiff was unable to include its objections to those exhibits in the proposed order. ECF No. 125 at 33-34.

I THEREFORE ORDER that the parties' proposed joint pretrial order **(ECF No. 125) is rejected**. The parties are to confer about each sides' proposed exhibits to determine whether the parties can stipulate to admissibility, authenticity, or identification of those documents. *See* L.R. 16-3(b)(8)(B). The parties will submit a new proposed joint pretrial order by April 28, 2026.

DATED this 7th day of April, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE