Attorneys for Plaintiff
Securities and Exchange Commission
Edward J. Reilly, Senior Trial Attorney (admitted *pro hac vice*)
Ada Fernandez Johnson, Senior Counsel (admitted *pro hac vice*)
Katherine H. Stella, Senior Counsel (admitted *pro hac vice*)
100 F Street NE
Washington DC 20549
Telephone: (202) 551-6791 (Reilly)
Facsimile: (202) 551-9287

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>Plaintiff,<br>vs.<br>MARKMAN BIOLOGICS CORP. and ALAN SHINDERMAN,<br>Defendants,<br>*and*<br>ASPEN ASSET MANAGEMENT SERVICES, LLC<br>Relief Defendant. | Case No. 2:23-cv-288-APG-DJA<br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO SEC'S PROPOSED JURY INSTRUCTIONS (FIRST REQUEST)** |

**<u>STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO SEC'S PROPOSED JURY INSTRUCTIONS (FIRST REQUEST)</u>**

Plaintiff Securities and Exchange Commission (the "SEC") and Defendant Alan Shinderman (collectively, the "Parties") hereby stipulate and agree to extend Shinderman's deadline to respond to the SEC's proposed jury instructions by two weeks, from August 21, 2026 to September 4, 2026. This is the Parties' first request to extend this deadline. This Stipulation is being entered in good faith and not for purposes of delay.

Following the pretrial conference held on July 14, 2026, the Court directed the SEC to file a motion regarding proposed jury instructions addressing the Court's summary judgment ruling by August 21, 2026. ECF No. 146. The Court further directed the parties to meet and confer concerning jury instructions and to submit any agreed-upon instructions jointly, with disputed instructions submitted separately. *Id.*

The SEC served Mr. Shinderman with its proposed jury instructions on August 7, 2026 and the parties conducted a meet and confer on August 11, 2026. The parties were unable to agree on proposed instructions and anticipate that they will likely file separate proposed instructions. Additionally, during that conference, Mr. Shinderman stated that he requires additional time to respond to the SEC's proposed jury instructions due to the parties' pending deadline to submit confidential settlement statements on August 19, 2026, in advance of the settlement conference set for August 26, 2026.[1] *See* ECF No. 133.

[1] During the parties' August 11, 2026 meet and confer, Mr. Shinderman also indicated that he intends to consult with an attorney prior to responding to the SEC's proposed jury instructions. Shinderman represented that this attorney will not be appearing as counsel of record in this matter. The SEC notes that a *pro se* litigant does not have a right to "hybrid representation" that is, to both proceed *pro se* and to have counsel. *Flynn v. Love*, 2023 WL 2561158, at *4 (D. Nev. Mar. 16, 2023) (*citing Tyler v. Borg*, 29 F.3d 634 (9th Cir. 1994)).

The SEC will file its motion regarding proposed jury instructions on or before August 21, 2026. In light of Mr. Shinderman's request for additional time to prepare his responses, the parties agree that a two-week extension will allow Mr. Shinderman sufficient time to respond to the SEC's proposed jury instructions.

**Stipulated and Agreed To**
Dated August 13, 2026
By: /s/ *Alan Shinderman*
Alan Shinderman
5729 Lebanon Rd #144122
Frisco, Texas 75034

By: /s/ *Edward J. Reilly*
Edward J. Reilly, Esq.
Ada Fernandez Johnson, Esq.
Katherine H. Stella, Esq.
100 F Street, NE Washington, DC 20549
*Attorneys for Plaintiff Securities and Exchange Commission*

IT IS SO ORDERED.



ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: August 17, 2026