EDWARD J. REILLY (admitted *pro hac vice*)
Email: ReillyEd@sec.gov
ADA FERNANDEZ JOHNSON (admitted *pro hac vice*)
Email: JohnsonAdaF@sec.gov
KATHERINE H. STELLA (admitted *pro hac vice*)
Email: StellaK@sec.gov
Attorneys for Plaintiff
Securities and Exchange Commission
100 F Street NE
Washington, DC 20549
Telephone: (202) 551-6791 (Reilly)
Facsimile: (202) 551-9287

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

vs.

MARKMAN BIOLOGICS CORP. and ALAN SHINDERMAN,

Defendants,

and

ASPEN ASSET MANAGEMENT SERVICES, LLC,

Relief Defendant.

Case No. 2:23-cv-00288-APG-DJA

**ORDER GRANTING**

**MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY JENNIFER L. FARER**

Pursuant to Local Rule IA 11-3, the United States Securities and Exchange Commission ("SEC") respectfully requests that this honorable Court admit the

undersigned government attorney, Jennifer L. Farer, to practice in the District of Nevada for the above-captioned case and in all matters in this district during the period of her employment by the United States. Local Rule IA 11-3 provides:

> Unless the court orders otherwise, any attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and has occasion to appear in this court on behalf of the United States, is entitled to be permitted to practice before this court during the period of employment upon motion by the employing federal entity, the United States Attorney, the United States Trustee's Office, or the Federal Public Defender for this district or one of the assistants.

Ms. Farer is an attorney with the SEC, an agency of the federal government. Ms. Farer is a member in good standing of the Pennsylvania State Bar (Bar No. 206024). Ms. Farer's contact information is:

Jennifer L. Farer
Securities and Exchange Commission
100 F Street NE
Washington, DC 20549
Phone: (202) 551-5072
Email: farerj@sec.gov

Accordingly, the SEC respectfully requests that this honorable Court admit Jennifer L. Farer to practice in the District of Nevada for the duration of her employment by the SEC.

Dated: October 9, 2026

Respectfully submitted,

*/s/ Edward J. Reilly*
Edward J. Reilly
Attorney for Plaintiff
Securities and Exchange Commission

**IT IS SO ORDERED**

DATED: October 13, 2026

UNITED STATES DISTRICT JUDGE